IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02872-JLK-KLM

AXIS SURPLUS INSURANCE COMPANY, as subrogee of Hanover R.S. Limited
Partnership and Acoma High-Rise Limited Partnership,
HANOVER R.S. LIMITED PARTNERSHIP, and
ACOMA HIGH-RISE LP,

       Plaintiffs,

v.

CODE FIRE, LLC,

       Defendant.

_____

# MINUTE ORDER
_____

## ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

       This matter is before the Court on Plaintiffs' **Motion for Leave to File Surreply to Defendant's Motion for Summary Judgment and for Determination of Law** [Docket No. 44; Filed January 17, 2012] (the "Motion").  On February 7, 2012, Defendant filed a Response to the Motion [#46].  Plaintiffs did not file a Reply.  In the Motion, Plaintiffs seek leave to file a Surreply [#44-1] in connection with Defendant's Motion for Summary Judgment [#33].  The stated reason underlying the request "is to clarify possible ambiguities created by defendant's Reply."  *Motion* [#44] at 1.

       IT IS HEREBY **ORDERED** that the Motion [#44] is **DENIED**.  Surreplies are not contemplated by the Federal or Local Rules of Civil Procedure.  The Court is adequately advised of the issues on the parties' present briefings.

       Dated:  March 5, 2012