IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02872-JLK-KLM

AXIS SURPLUS INSURANCE COMPANY, as subrogee of Hanover R.S. Limited
Partnership and Acoma High-Rise Limited Partnership,
HANOVER R.S. LIMITED PARTNERSHIP, and
ACOMA HIGH-RISE LP,

      Plaintiffs,

v.

CODE FIRE, LLC,

      Defendant.

_____

## MINUTE ORDER

_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendant's Notice of Settlement [Docket No. 48; Filed April 20, 2012] (the "Notice").  In consideration of the Notice,

      IT IS HEREBY **ORDERED** that Defendant's Motion for Summary Judgment [#33] is **DENIED WITHOUT PREJUDICE**.

      Dated:  April 20, 2012